An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
BRIAN M. JONES, BAR NO. 9597.

No. 65817

**FILED**

JUL 30 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER OF TEMPORARY SUSPENSION AND REFERRAL TO DISCIPLINARY BOARD

Bar counsel for the State Bar of Nevada has petitioned this court, pursuant to SCR 111, to enter an order temporarily suspending attorney Brian Jones from the practice of law and referring him to the appropriate board for discipline. The petition is supported by certified copies of documents indicating that Jones pleaded guilty, in the United States District Court, District of Nevada, to violating 18 U.S.C. §1349 (conspiracy to commit wire and mail fraud), a felony.

Pursuant to SCR 111, temporary suspension and referral to the appropriate disciplinary board are mandatory when an attorney has been convicted of a "serious" crime, which includes a felony. SCR 111(6)-(8). Having reviewed the petition and the supporting documentation submitted by bar counsel, we conclude that the petition conclusively establishes Jones's conviction of a serious crime. Accordingly, we temporarily suspend Jones from the practice of law and refer this matter to the Southern Nevada Disciplinary Board for the initiation of formal

14-24896

disciplinary proceedings in which the sole issue to be determined is the extent of discipline to be imposed. SCR 111(7), (8).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Jeffrey Albregts, Chair, Southern Nevada Disciplinary Board
David A. Clark, Bar Counsel
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Brian M. Jones
Perry Thompson, Admissions Office, United States Supreme Court